```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN LANGE,

        Plaintiff,

~ against ~

EMPIRE HOLDINGS AND INVESTMENTS, LLC, TMPL LEXINGTON LLC d/b/a/ TMPL LEXINGTON, EMPIRE HELLS KITCHEN TMPL LLC d/b/a TMPL HELLS KITCHEN, PATRICK WALSH, JI FITNESS LLC and JI COMMUNICATIONS LLC,

        Defendants.

Case No.: 23-cv-08052 (MMG)

**MOTION FOR JOINDER TO EMPIRE HOLDINGS AND INVESTMENTS, LLC's, TMPL LEXINGTON LLC's, EMPIRE HELLS KITCHEN TMPL LLC's AND PATRICK WALSH's MOTION TO COMPEL ARBITRATION AND TO DISMISS AMENDED COMPLAINT**

**TO THE HONORABLE COURT:**

   COMES NOW, Defendant JI Fitness LLC, through the undersigned counsel, who hereby respectfully gives notice of adoption of and joinder in Co-Defendants' Empire Holdings and Investments, LLC, TMPL Lexington LLC, Empire Hells Kitchen TMPL LLC, and Patrick Walsh ("Co-Defendants"), *Motion to Compel Arbitration and to Dismiss the Amended Complaint* [Dkt. 28], *Declaration of Patrick Walsh in Support of Motion to Compel Arbitration and to Dismiss the Amended Complaint* [Dkt. 29] and *Memorandum of Law in Support of Motion to Compel Arbitration and to Dismiss the Amended Complaint* [Dkt. 30].

   **WHEREFORE**, JI Fitness LLC, respectfully requests that this Honorable Court take notice of its joinder to *Co-Defendants' Motion to Compel Arbitration and to Dismiss the Amended Complaint* [Dkt. 28]*, Declaration of Patrick Walsh in Support of Motion to Compel Arbitration and to Dismiss the Amended Complaint* [Dkt. 29] and *Memorandum of Law in Support of Motion*

to Compel Arbitration and to Dismiss the Amended Complaint [Dkt. 30] and the requests therein to compel arbitration and to dismiss the Amended Complaint [Dkt. 21].

Dated:      New York, New York
            March 18, 2024

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP

By:   /s/ Benjamin Noren
      Benjamin Noren
      *Attorneys for Defendant JI Fitness LLC*
      605 Third Avenue, 34th Floor
      New York, New York 10158
      (212) 557-7200
      bn@dhclegal.com

TO:

Laura Gerace Rodriguez
FRONTERA LAW PLLC
411 Theodore Fremd Avenue, Suite 235
Rye, New York 10580
914-873-4388
914-241-5922 (fax)
lrodriguez@fronteralawfirm.com

---

Application GRANTED.

The Clerk of Court is respectfully terminate Dkt. No. 45.

SO ORDERED.  Date: 3/18/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

2